# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-04731-WLH-SKx | Date | February 28, 2025 |
| Title | Legend Josiah Cromer et al v. Dignity Health et al | | |

Present: The Honorable **WESLEY L. HSU, United States District Judge**

| Holidae Crawford | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  
Ryan Casey Chapman, Movant  
Andrew J Marton

Attorneys Present for Defendant:  
Matthew S. Freedus  
Rosie Dawn Griffin

**Proceedings:** **MOVANT UNITED STATES OF AMERICA'S MOTION TO REMAND CASE TO SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES [38];**

**PLAINTIFFS' MOTION TO REMAND CASE TO SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES [43]**

The matter was called, and counsel stated their appearances. The Court's Tentative Ruling was issued on February 27, 2025, and reviewed by counsel. The Court heard oral argument. The Court took the request **UNDER SUBMISSION** and a ruling will be issued. In the event the Court grants the motions to remand, Defendants request the opportunity to move to stay the case for purposes of filing an appeal with the Ninth Circuit.

| | - : 36 |
|---|---|
| Initials of Deputy Clerk | hc |